1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8

9    DANIEL COZAD,

10                              Plaintiff,
                                                        C06-1607Z
11   v.
                                                        MINUTE ORDER
12   FISHING COMPANY OF ALASKA,

13                              Defendant.

14

15          The following Minute Order is made by direction of the Court, the Honorable Thomas
16   S. Zilly, United States District Judge:

17          (1)     Defendant's Motion for Summary Judgment, docket no. 19, is DENIED.
     Under the Jones Act, negligence is a cause of an injury, if it played any part, however slight,
18   in causing the injury.  Ribitzki v. Canmar Reading & Bates, 111 F.3d 658 (9th Cir.
     1997)("This test, often described as a featherweight causation standard, allows a seaman to
19   survive summary judgment by presenting even the slightest proof of causation.")  A vessel's
     unseaworthiness can arise from the employer's failure to enforce a policy on its vessels.  See
20   Caraska v. The State of Washington, 2007 WL 2473456 (Wash. App. Div. 1).  There are
     material issues of fact that preclude summary judgment.  Plaintiff's Motion for Summary
21   Judgment, docket no. 27, is also DENIED.

22          (2)     The Court GRANTS the parties' stipulation to continue the trial date, docket
     no. 28, and now continues the trial date to Wednesday, March 19, 2008, to commence at
23   9:00 a.m.  The Court also extends the discovery period until February 29, 2008, to allow
     each side to retain one damage expert, for an exchange of reports, and the deposition of such
24   experts.

25          (3)     The Court extends the mediation deadline until February 29, 2008.

26          (4)     Any motion in limine shall be filed by February 29, 2008; any responses shall
     be filed by March 7, 2008.  No replies shall be allowed unless requested by the Court.

MINUTE ORDER  1–

1

2

(5)     The Pretrial Order shall be filed by March 7, 2008; the pretrial conference is now set for Thursday March 13, 2008 at 3:00 p.m.  Counsel shall be prepared to address motions in limine at the pretrial conference.

3

4

(6)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 18th day of January, 2008.

5

6

BRUCE RIFKIN, Clerk

7

8

9

s/ Claudia Hawney

By _____

Claudia Hawney
Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–